# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2258
LT Case No. 2023-DR-002038

_____

BRYAN BROUSSARD,

   Appellant,

   v.

SELENE BROUSSARD,

   Appellee.

_____

On appeal from the Circuit Court for Clay County.
Gary L. Wilkinson, Judge.

Bryan Broussard, Green Cove Springs, pro se.

Beth M. Terry, of Law Office of Beth M. Terry, P.A., Jacksonville, for Appellee.

February 12, 2026

PER CURIAM.

   AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979); *Fay v. Craig*, 99 So. 3d 981, 982 (Fla. 5th DCA 2012).

JAY, C.J., and LAMBERT and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____